# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 21, 2007

Clifford W. Taylor,
Chief Justice

132211

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

RAYMOND J. GRANT,
PERSONAL REPRESENTATIVE of the
ESTATE OF JEANINE A. GRANT,
      Plaintiff-Appellant,

v

                                   SC: 132211
                                   COA: 249720
                                   Wayne CC: 01-143185-NF

AAA MICHIGAN/WISCONSIN, INC.,
a/k/a AUTO CLUB GROUP,
      Defendant-Appellee.
_____/

      On order of the Court, the application for leave to appeal the August 24, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

      CAVANAGH, WEAVER, and KELLY, JJ., would grant leave to appeal.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 21, 2007

_____
Clerk

p0314